1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Javier Vega Dominguez, Respondent/Cross-Petitioner No. 24SC319
Supreme Court of Colorado, En Banc
December 23, 2024
 
           Court
 of Appeals Case No. 21CA1144
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals improperly held that Colorado's
 equal protection doctrine was plainly violated by
 respondent's conviction for attempted patronizing a
 prostituted child because it prohibited the same conduct as
 attempted inducement of child prostitution.
 
 
          Whether
 the trial court reversibly erred by failing to instruct the
 jury on a required mental state for the crime of soliciting
 for child prostitution, and whether the required mental state
 for soliciting for child prostitution is intentionally.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.